# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2155
_____

Carsten J. Quinlan

*Plaintiff - Appellant*

v.

Daniel Puls; Cheryl Puls; Alissa Puls

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: November 5, 2025
Filed: November 10, 2025
[Unpublished]

_____

Before SMITH, GRUENDER, and STRAS, Circuit Judges.

_____

PER CURIAM.

Carsten Quinlan appeals the district court's[1] dismissal of his pro se civil action for failure to state a claim. After careful review of the record, we find no basis for reversal. *See Federer v. Gephardt*, 363 F.3d 754, 757 (8th Cir. 2004) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Douglas L. Micko, United States Magistrate Judge for the District of Minnesota.